Case Name: NIEVES v. CITY OF NEW YORK, ET. AL
Docket #:   16-CV-155 (PKC)

## INITIAL CONFERENCE QUESTIONNAIRE

1.  Date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1), if not yet
    made: _5/6/16_

2.  If additional interrogatories beyond the 25 permitted under Fed. R. Civ. P. 33(a) are needed, the
    maximum *additional* ones by:   plaintiff(s) _0_ and defendant(s) _____

3.  Maximum number of requests for admission by:   plaintiff(s) _5_   and
    defendant(s) _____

4.  Number of depositions by plaintiff(s) of:   parties _3_   non-parties _2_

5.  Number of depositions by defendant(s) of:   parties _1_   non-parties _1-3_

6.  Time limit per deposition (if more than 7 hours permitted by Fed. R. Civ. P. 30 (d)(1)
    is required): _N/A_

7.  Date for completion of factual discovery: _11/4/16_

8.  Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical

        Date for expert disclosure, including report(s): _none anticipated at this time_

9.  Number of expert witnesses of defendant(s): _____ medical _____ non-medical

        Date for expert disclosure, including report(s): _____

10. Dates for completion of expert depositions (if desired): _____

11. Time for amendment of the pleadings by plaintiff(s) _5/20/16_ and by
    defendant(s) _____

12. Number of proposed additional parties to be joined by plaintiff(s) _2_ and
    defendant(s) _____ and time for completion of joinder (including service): _7/1/16_

13. Types of contemplated dispositive motions: _△s: 12(c) or 56_

14. Dates for filing/serving contemplated dispositive motions: _12/4/16_

15. Have counsel reached any agreements regarding electronic discovery?  If so, please described at the
    initial conference.

16. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts)
    and communications with experts?  If so, please describe at the initial conference.

17. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?  [Does not
    affect right to jury trial]   Yes _____   No __✓__