ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: May 6, 2016  
START: 11:30 a.m.  
END: 11:55 am

DOCKET NO: 16-CV-155 (PKC)  
CASE: Nieves v. City of New York, et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

**PLAINTIFF** — ATTORNEY: Ryan Lozar

**DEFENDANT** — ATTORNEY: Shira Siskind

- [x] FAC / DISCOVERY TO BE COMPLETED BY November 4, 2016
- [x] NEXT (Settlement) CONFERENCE SCHEDULED FOR June 20, 2016 2:00 pm
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
- [ ] PL. TO SERVE DEF. BY: ___  DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures have been exchanged.

Pleadings may be amended and new parties added until May 20, 2016.

Requests for a premotion conference are due by November 10, 2016.