ROANNE L. MANN            DATE: June 20, 2016
UNITED STATES MAGISTRATE JUDGE     START: 2:00 p.m.
                                              END: 3:00 pm

DOCKET NO: 16-CV-155 (PKC)
CASE: Nieves v. City of New York, et al.

- [ ] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [x] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

**PLAINTIFF**      **ATTORNEY**: Ryan Lozar w/ plaintiff

**DEFENDANT**      **ATTORNEY**: Shira Siskind

- [x] FACT DISCOVERY TO BE COMPLETED BY November 4, 2016
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [x] JOINT PRE-TRIAL ORDER ("JPTO") TO BE FILED VIA ECF BY 11/30/16
- [ ] PL. TO SERVE DEF. BY: 11/17/16   DEF. TO SERVE PL. BY: 11/23/16

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties are directed to the Court's settlement proposal by June 23, 2016.

Requests for a premotion conference are due by November 10, 2016. If none is filed, the parties shall serve and file their JPTO pursuant to the above schedule.